UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Greg Shirley,

Plaintiff,

Case No. 00CV99 (JMR/RLE)

vs.

National Railroad Passenger Corporation,
d/b/a Amtrak,

Defendant.

**STIPULATION AND ORDER GRANTING EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

IT IS HEREBY STIPULATED that defendant National Railroad Passenger Corporation may be granted an extension until March 3, 2000, to answer or otherwise respond to the Complaint in the above-captioned matter.

HUNEGS, STONE, KOENIG, LeNEAVE & KVAS, P.A.

By ______________________
Randal W. LeNeave
Attorneys for Plaintiff
1650 International Centre
90 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-4511

DATED: 2/4, 2000

FILED FEB 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Max C. Ramsey

Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8977

DATED: 2/3, 2000

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

BY THE COURT:

______________________
Raymond L. Erickson
U.S. Magistrate Judge

DATED: 2/7, 2000