IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

GREG SHIRLEY,

Plaintiff,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a corporation,

Defendant.

CIVIL ACTION NO. 00-CV-99 JMR/RLE

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES**

The parties, by and through their attorneys hereto, hereby stipulate and agree to submission of the following motion for extension of discovery deadlines in this matter:

The parties hereby jointly move the Court to extend the expert disclosure deadline of the Plaintiff to October 15, 2000, and the expert disclosure deadline of the Defendant to November 15, 2000. The parties also agree that the discovery deadline is extended to December 4, 2000. The parties stipulate and agree that formal motions and/or further hearing on this matter is waived. The Court may enter an Order extending the discovery deadline without further proceedings herein.

HUNEGS, STONE, LeNEAVE, KVAS & THORNTON, P.A.

Dated: 8/24/00

Randal W. LeNeave, MN ID 181122
Attorneys for Plaintiff
1650 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-4511

FILED AUG 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: 8/23

Max Ramsey, MN ID 190305
Attorneys for Defendant
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 340-8901

**ORDER**

Based upon the foregoing Stipulation and Agreement, it is hereby ordered the expert disclosure deadline of the Plaintiff is extended to October 15, 2000, the expert disclosure deadline of the Defendant is extended to November 15, 2000, and the discovery deadline is extended to December 4, 2000.

Dated: August 28, 2000

BY THE COURT

Raymond L. Erickson
United States Magistrate Judge