UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Greg Shirley,

Plaintiff,

vs.

ORDER OF DISMISSAL

National Railroad Passenger Corporation, a/k/a Amtrak, a corporation,

Defendant.

Civ. No. 00-99 (RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

DATED: May 3rd, 2001
At Duluth, Minnesota

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

40